FILED
CLERK, U.S. DISTRICT COURT
2/14/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VAM   DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ARCHIE KHATCHIK KHARAZIAN,<br><br>　　　　Defendant. | No. 2:22-cr-00039-MWF<br><br>I N F O R M A T I O N<br><br>[26 U.S.C. § 7206(2): Aiding and Assisting in the Preparation of False Tax Return] |

The Acting United States Attorney charges:

[26 U.S.C. § 7206(2)]

On or about April 18, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant ARCHIE KHATCHIK KHARAZIAN, a resident of Los Angeles, California, willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of a false and fraudulent U.S. Individual Income Tax Return, Form 1040, in the name of defendant KHARAZIAN's taxpayer-clients H.H. and O.H., a married couple filing jointly, for the calendar year 2015.  As defendant KHARAZIAN then knew and believed, the return was false and fraudulent as to material matters, in that it falsely claimed a tax liability of $1,678 and a refund in the amount of $227,720, based, in

part, upon a claimed Schedule A miscellaneous itemized deduction for gambling losses in the amount of $950,000. In fact, as defendant KHARAZIAN then knew and believed, the amount of Schedule A miscellaneous itemized deduction for gambling losses claimed for H.H. and O.H was false, and, thus, H.H. and O.H. were not entitled to the refund claimed on the tax return.

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

KEVIN B. REIDY
Assistant United States Attorney
Violent and Organized Crime Section